STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 02/22/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2004 4558 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
TITLE: TIMOTHY BARNES V TOWN OF JOHNSTON
FILING DATE: 08-19-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BRYSON,ERIK | DEF | Unknown,Attorney | AOR |
| BARNES,TIMOTHY J | PLF | Formisano,V. Edward | AOR |
| CONNORS,RICHARD TREASURE | DEF | Unknown,Attorney | AOR |
| DONOVAN,STEVEN | DEF | Unknown,Attorney | AOR |
| IACOVELLI,MARGARET | DEF | Unknown,Attorney | AOR |
| JOLIN,MICHAEL W | DEF | Unknown,Attorney | AOR |
| JOHNSTON FEDERATION OF TEACHER | BDF | Unknown,Attorney | AOR |
| JOHNSTON SCHOOL DEPT | BDF | Unknown,Attorney | AOR |
| KERWICK BLYTHE,RITA | DEF | Unknown,Attorney | AOR |
| MANTELLI,ELIZABETH | DEF | Unknown,Attorney | AOR |
| MARTONE,LOU | DEF | Unknown,Attorney | AOR |
| RUSSO,GREGORY | DEF | Unknown,Attorney | AOR |
| SPAZIANO,CAROL | DEF | Unknown,Attorney | AOR |
| SPROULS,TIMOTHY | DEF | Unknown,Attorney | AOR |
| SALERA,LOU | DEF | Unknown,Attorney | AOR |
| SMITH PASCOLI,KAREN | DEF | Unknown,Attorney | AOR |
| TOWN OF JOHNSTON | BDF | Unknown,Attorney | AOR |
| TARABORELLI,MICHAEL | DEF | Unknown,Attorney | AOR |

DOC. ID. DATE JUDGE OUTCOME EFFECTIVE DATE

LAK 02-11-2005
SUMMONS,PROOF OF SERVICE FILED
FOR DEFTS, DR MICHAEL JOLIN, LOU MARTONE, ERIK BRYSON, GREGORY RUSSO, TIMOTHY SPROULS, AND MICHAEL TARABORELLI.

LAK 02-11-2005
SUMMONS,PROOF OF SERVICE FILED
FOR DEFTS, LOU SALERA, CAROL SPAZIANO, STEVEN DONOVAN, KAREN SMITH-PASCOLI, RITA KERWICK BLYTHE, JOHNSTON FEDERATION OF TEACHERS LO 1702

LAK 02-11-2005
SUMMONS,PROOF OF SERVICE FILED
FOR DEFTS, MARGARET IACOVELLI, JOHNSTON SCHOOL DEPT, AND RICHARD CONNORS.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 08/23/2004
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

NO.: PC2004 4558 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
E: TIMOTHY BARNES V TOWN OF JOHNSTON
ING DATE: 08-19-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BRYSON,ERIK | DEF | Unknown,Attorney | AOR |
| BARNES,TIMOTHY J | PLF | Formisano,V. Edward | AOR |
| CONNORS,RICHARD TREASURE | DEF | Unknown,Attorney | AOR |
| DONOVAN,STEVEN | DEF | Unknown,Attorney | AOR |
| IACOVELLI,MARGARET | DEF | Unknown,Attorney | AOR |
| JOLIN,MICHAEL W | DEF | Unknown,Attorney | AOR |
| JOHNSTON FEDERATION OF TEACHER | BDF | Unknown,Attorney | AOR |
| JOHNSTON SCHOOL DEPT | BDF | Unknown,Attorney | AOR |
| KERWICK BLYTHE,RITA | DEF | Unknown,Attorney | AOR |
| MANTELLI,ELIZABETH | DEF | Unknown,Attorney | AOR |
| MARTONE,LOU | DEF | Unknown,Attorney | AOR |
| RUSSO,GREGORY | DEF | Unknown,Attorney | AOR |
| SPAZIANO,CAROL | DEF | Unknown,Attorney | AOR |
| SPROULS,TIMOTHY | DEF | Unknown,Attorney | AOR |
| SALERA,LOU | DEF | Unknown,Attorney | AOR |
| SMITH PASCOLI,KAREN | DEF | Unknown,Attorney | AOR |
| TOWN OF JOHNSTON | BDF | Unknown,Attorney | AOR |
| TARABORELLI,MICHAEL | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Superior -Form 1
1-66

(2)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* DR. MICHEAL W. JOLIN, Superintendent
TOWN OF JOHNSTON SCHOOL DEPARTMENT
10 Memorial Avenue, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.

05 FEB 11 AM 11: 17

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S-138 C.I.-159

State of Rhode Island and Providence Plantations

KENT sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon DR. MICHAEL H. JOLIN

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ........................................ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ........................................ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1 ( )
1-66

(3)

# State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:*

LOU MARTONE
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon LOU MARTONE

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

| | | |
|---|---|---|
| Travel..... | $ | |
| Service... | $ | 25.00 |
| | $ | 25.00 |

Vincent P. Calamero

Vincent P. Calamero
Constable State of R.I.
License #6023

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence/Bristol

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior - Form 1
1-66

(9)

State of Rhode Island and Providence Plantations

PROVIDENCE, sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* ERIK BRYSON
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

*PROVIDENCE* sc.

PROOF OF SERVICE

I hereby certify that on the *4* day of *FEBRUARY 2005* I served a copy of this summons and a copy of the complaint received therewith upon *ERIK BRYSON*

in the following manner:

*X* By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ............ , with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ............ with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ............ . Such

(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ *25 00*
$ *25.00*

*[signature]*
Deputy Sheriff

Vincent P. Calamero
Constable State of R.I.
License #6023

True Copy Attest
*[signature]*
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior - Form 1
1-66

5

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* GREGORY RUSSO
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire ,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

S-138

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

C.I.-159

State of Rhode Island _d Providence Plantations

VIDENCE sc.

PROOF OF SERVICE

hereby certify that on the 4 day of February 2005 I served a copy of this summons of the complaint received therewith Gregory Russo

owing manner:

delivering a copy of the summons and complaint to him personally.

leaving a copy of the summons and complaint at his dwelling house, , with a person of suitable age and discretion
(ADDRESS)

ng therein.

leaving a copy of the summons and complaint at his usual place of above, with a person of suitable age and discretion
(ADDRESS)

ng therein.

delivering a copy of the summons and complaint to an agent authorized by appointment or by law to vice of process, namely . Such
(NAME OF AGENT)

g one designated by statute to receive service, further notice as the statute requires was given as

es

. $
$ 25.00
$ 25.00

Vincent P. Calamaro
Constable State of R.I.
License #6023

Deputy Sheriff

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

(6)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

To the above-named Defendant: TIMOTHY SPROULS
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

## PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon TIMOTHY SPROUL

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ (ADDRESS), with a person of suitable age and discretion ______________ then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ (ADDRESS) with a person of suitable age and discretion ______________ then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______________________________ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______________________________

Sheriff's Fees

| | | |
|---|---|---|
| Travel..... | $ | |
| Service... | $ | 25.00 |
| | $ | 25.00 |

[signature]

DEPUTY SHERIFF

Vincent P. Calamero
Constable State of R.I.
License #6023

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

1-66

(1)

# State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

To the above-named Defendant: MICHAEL TARABORELLI
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire ,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

H. S. Kinch, Jr., CLERK

True Copy Attest
H. S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

S-138

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11: 17

C.I.-159

State . Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon MICHAEL TARABORELLI

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ , with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such

(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $

Service... $ 25.00

$ 25.00

Vincent P. Catamero Deputy Sheriff
Constable - State of R.I.
License #6023

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

# SUMMONS

## SUPERIOR COURT

True Copy Attest:

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior Form 1
1-66

(6)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* LOU SALERA
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon LOU SALERA

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______________________________ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $

Service... $ 25.00

$ 25.00

Vincent P. Colamero
Constable State of R.I.
License #6023

~~DEPUTY SHERIFF~~

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

(9)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* CAROL SPAZIANO
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

H. S. Kirch, Jr.
CLERK

True Copy Attest
H. S. Kirch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KIRCH
05 FEB 11 AM 11: 17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon CAROL SPAZIANO

in the following manner:

X By delivering a copy of the summons and complaint to ~~him~~ her personally.

By leaving a copy of the summons and complaint at his dwelling house, ______, with a person of suitable age and discretion ______ (ADDRESS) then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion ______ (ADDRESS) then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $

Service... $ 25.00

$ 25.00

Vincent P. Catamero

Vincent P. Catamero DEPUTY SHERIFF
Constable State of R.I.
License #6023

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

A True Copy Attest
Clerk of Superior Court
Office of Clerk of Providence & Bristol
Counties of Providence, Rhode Island
Providence

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

Superior -Form 1 ( )
1-66

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* STEVEN DONOVAN
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919.

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

H. S. Kinch, Jr.,
CLERK

True Copy Attest
H. S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon STEVEN DONOVAN

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

| | |
|---|---|
| Travel..... | $ |
| Service... | $ 25.00 |
| | $ 25.00 |

Vincent P. Catamero
Constable State of R.I.
License #6023
DEPUTY SHERIFF

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

(11)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:*

KAREN SMITH-PASCOLI
Johnston High School
345 Cherry Hill Road, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: February 3, 2005

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

Providence sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of February 2005 I served a copy of this summons and a copy of the complaint received therewith upon Karen Smith-Pascoli

in the following manner:

X By delivering a copy of the summons and complaint to ~~him~~ her personally.

By leaving a copy of the summons and complaint at his dwelling house, ______

______ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______

______ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______

Sheriff's Fees

Travel..... $ ______

Service... $ 25.00

$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

~~Deputy Sheriff~~

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

TIMOTHY J. BARNES

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

(12)

# State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* RITA KERWICK-BLYTHE
JOHNSTON FEDERATION OF TEACHERS, LOCAL 1702/AMERICAN FEDERATION OF TEACHERS
356 Smith Street, Providence, RI 02908

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.,
CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11:17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon RITA KERWICK-BLYTHE in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ (ADDRESS) with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely c/o LOCAL 1702 (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______________________________

______________________________

______________________________

Sheriff's Fees

| | | |
|---|---|---|
| Travel..... | $ | |
| Service... | $ | 25 00 |
| | $ | 25.00 |

Vincent P. Catamero (signature) Deputy Sheriff

Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest
(signature)
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

Superior -Form 1 ( )
1-66

(13)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* JOHNSTON FEDERATION OF TEACHERS, LOCAL 1702/AMERICAN FEDERATION OF TEACHERS
356 Smith Street, Providence, RI 02908

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 3, 2005

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

S-138

C.I.-159

State of Rhode Island and Providence Plantations

Providence sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of February 2005 I served a copy of this summons and a copy of the complaint received therewith upon Johnston Federation of Teachers

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ____________ , with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ____________ with a person of suitable age and discretion

(ADDRESS)

then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely c/o Local 1702 . Such

(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $

Service... $ 25.00

$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

Deputy Sheriff

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY V. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior-Form 1 ( )
1-66

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* DR. ELIZABETH L. MANTELLI
c/o Stephen M. Robinson, Esquire, 155 South Main Street, Suite 402
Providence, RI 02903

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr., CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

S-138

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon DR. ELIZABETH L. MANTELLI

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely STEPHEN M. ROBINSON, ESQ. . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees

Travel..... $

Service... $ 25.00

$ 25.00

Deputy Sheriff

Vincent P. Catamero
Constable State of R.I.
License #6023

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* MARGARET IACOVELLI
c/o Stephen M. Robinson, Esquire, 155 South Main Street, Suite 402
Providence, RI 02903

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr., CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

S-138

C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

## PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon MARGARET IACOVELLI

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______, with a person of suitable age and discretion ______ (ADDRESS) then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ (ADDRESS) with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely STEPHEN M. ROBINSON, ESQ. (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______

______

______

Sheriff's Fees

| | |
|---|---|
| Travel..... | $ |
| Service... | $ 25.00 |
| | $ 25.00 |

[signature]

Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

# SUMMONS

## SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

16

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* TOWN OF JOHNSTON SCHOOL DEPARTMENT
10 Memorial Avenue, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr., CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11:17

S-138 C.I.-159

...ate of Rhode Island and Providence Plantations

...sc.

## PROOF OF SERVICE

...certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon TOWN OF JOHNSTON SCHOOL DEPT.

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________________ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely STEPHEN M. ROBINSON, ESQ. . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______________________________

______________________________

______________________________

Sheriff's Fees

Travel..... $ ______

Service... $ 25 00

$ 25.00

[signature]

Vincent P. Catamero
Constable State of R.I.
License #6023
~~Deputy Sheriff~~

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court Counties of Providence & Bristol Providence - R.I.

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1 ( )
1-66

(17)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-4558

TIMOTHY J. BARNES
Plaintiff

vs.

TOWN OF JOHNSTON, et al
Defendant

*Summons*

*To the above-named Defendant:* RICHARD F. CONNORS, Treasurer
Johnston Town Hall, 1385 Hartford Avenue, Johnston, RI 02919

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
05 FEB 11 AM 11: 17

S-138 C.I.-159

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

## PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon TOWN OF JOHNSTON

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______________________ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______________________ (ADDRESS) with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely RICHARD F. CONNORS, TREASURER (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 23.00
$ 23.00

Vincent P. Catamero
DEPUTY SHERIFF
Constable State of R.I.
License #6023

+ R Connors

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-4558

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

TIMOTHY J. BARNES

Vs

TOWN OF JOHNSTON, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

(18)

Case # (Filled in by Clerk's Office)

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| TIMOTHY J. BARNES | TOWN OF JOHNSTON, et al. |

**NATURE OF PROCEEDING** - Check the applicable case type under the main categories listed below **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ AGA | Agency appeal | ☐ DPC | Denial of probate claim | ☐ PRN | Promissory note |
| ☐ ALA | Alienation of affection | ☐ EXT | Excessive tax | ☐ PDM | Property damage |
| ☐ ANT | Anti-trust | ☐ INR | Injunctive relief | ☐ PDV | Property damage-vehicle |
| ☐ ASB | Assault and battery | ☐ IPL | Interpleader | ☐ RLP | Real Property |
| ☐ BKA | Book account | ☐ LIB | Libel/slander | ☐ RIC | Reinstate charter |
| ☐ CLA | Common law assignment | ☐ MLE | Malpractice/legal | ☐ DIN | Recovery of damages/insur. |
| ☐ CLL | Common law lien | ☐ MME | Malpractice/medical | ☐ ROF | Recovery of funds |
| ☐ CON | Contract | ☐ MOT | Malpractice/other | ☐ WOR | Replevin, writ of |
| ☐ CNV | Conversion | ☐ WOM | Mandamus, writ of | ☐ SPP | Specific performance |
| ☐ CRC | Criminal conversation | ☐ PRT | Partition | ☐ TCO | Title clearing (other than tax title) |
| ☐ CIC | Criminal inj compensation | ☐ PER | Personal injury | ☐ TAE | Trespass and ejectment |
| ☐ DOJ | Debt on judgment | ☐ IDV | Personal inj/property dam-vehicle | ☐ TRA | Trustee/accounting |
| ☐ DTP | Deceptive trade practice | ☐ PIV | Personal injury-vehicle | ☐ TCT | Trustee/appt convey title |
| ☐ DEJ | Declaratory judgment | ☐ PRL | Product liability | ☐ UNM | Uninsured motorist |
| | | | | ☐ WRD | Wrongful death |

☒ **Other than above (specify type):**

**MISCELLANEOUS PETITIONS**

| | | | | | |
|---|---|---|---|---|---|
| ☐ ARA | Arbitration award | | | | |
| ☐ CAR | Arbitration/confirm | ☐ TLF | Foreclosure/tax lien | ☐ PFI | Petition for immunity |
| ☐ RTA | Arbitration/referral | ☐ FOC | Forfeiture of charter | ☐ PIN | Pet for inventory (wire tap) |
| ☐ VAR | Arbitration/ vacate | ☐ GJI | Grand Jury Investigation | ☐ PFR | Petition for review |
| ☐ AOD | Assessment of damages | ☐ HAC | Habeas corpus | ☐ PTD | Pet to take deposition |
| ☐ CND | Condemnation | ☐ MAW | Material witness | ☐ PCR | Post conviction relief |
| ☐ CFC | Confirm compromise | ☐ MEL | Mechanics lien | ☐ REC | Receivership |
| ☐ DOC | Dissolution of corp. | ☐ OSW | Out of state witness | ☐ R5A | Rule 5A petition |
| ☐ EDP | End partnership | ☐ PFS | Perform surgery | ☐ TCL | Title clearing (tax title) |
| ☐ FRR | Foreclosure of right of redemption | ☐ PFC | Petition for constable | ☐ AOT | Trustee/appointment of |
| | | ☐ PTE | Petition to expunge | ☐ DOT | Trustee/declination of |
| | | | | ☐ AOS | Trustee/successor |

☒ **Other than above (specify type):** Employment Law Claims

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

Is this a case that may require a trial for resolution? ☐ yes ☐ no if yes: ☐ jury or ☐ non-jury

(attorney name)
V. EDWARD FORMISANO (#5512)
☐ pro se

(date) 8/15/04

True Copy Attest: [signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2004 AUG 19 P 3: 45

S-223 1/94