UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY J. BARNES<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF JOHNSTON, by and through its Treasurer, RICHARD F. CONNORS;<br>TOWN OF JOHNSTON SCHOOL DEPARTMENT;<br>JOHNSTON FEDERATION OF TEACHERS;<br>DR. MICHAEL W. JOLIN, individually and in his capacity as the former Superintendent of the Town of Johnston School Department;<br>MARGARET IACOVELLI, alias, individually an in her official capacity as the Superintendent of the Town of Johnston School Department;<br>RITA KERWICK-BLYTHE, alias;<br>DR. ELIZABETH L. MANTELLI, alias;<br>TIMOTHY SPROULS, alias;<br>MICHAEL TARABORELLI, alias;<br>GREGORY RUSSO, alias;<br>LOU SALERA, alias;<br>STEVEN DONOVAN, alias;<br>KAREN SMITH-PASCOLI, alias;<br>ERIK BRYSON, alias;<br>LOU MARTONE, alias;<br>CAROL SPAZIANO, alias,<br>and JOHN DOE,<br><br>*Defendants.* | C.A. No. CA 05 072<br><br>*(R.I. Superior Court C.A. No. PC04-4558)* |

## ENTRY OF APPEARANCE

I, Marc DeSisto, hereby enter my appearance for defendants, the Town of Johnston School Department, Elizabeth Mantelli, Margaret Iacovelli, and Michael Jolin.



4

*{Original C.A. No.: PC04-4558}*

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this ~~21st~~ 22nd day of February 2005, to:

V. Edward Formisano, Esq.
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 fax

Marc B. Gursky, Esq.
Gursky Law
18 Imperial Place
Providence, RI 02903

Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903