UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY J. BARNES<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF JOHNSTON, by and through its Treasurer, RICHARD F. CONNORS, et al.<br><br>*Defendants.* | C.A. No. CA 05 072L<br><br>*(R.I. Superior Court C.A. No. PC04-4558)* |

**ANSWER OF DEFENDANTS,**
**THE TOWN OF JOHNSTON SCHOOL DEPARTMENT,**
**ELIZABETH MANTELLI, MARGARET IACOVELLI, AND MICHAEL JOLIN**

Now come defendants, the Town of Johnston School Department, Elizabeth Mantelli, Margaret Iacovelli, and Michael Jolin, and hereby answer Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in the Introduction Statement of Plaintiff's Complaint.

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15 of that portion of the Plaintiff's Complaint entitled, *Parties*.

3. These Defendants make no response to the allegations contained in paragraph 16 of that portion of the Plaintiff's Complaint entitled, *Parties*, and leave Plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 17 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction*, and leave Plaintiff to his proof of same.



5

5. These Defendants deny the allegations contained in paragraph 18 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave Plaintiff to his proof of same.

6. These Defendants admit the allegations contained in paragraphs 19 and 68 of that portion of the Plaintiff's Complaint entitled, *Allegations Common to All Causes of Action.*

7. These Defendants deny the allegations contained in paragraphs 20, 32, 34, 46, 47, 51, 57, 62, 63, 69, 70, 71, 72, 73, 74, 75, and 76 of that portion of the Plaintiff's Complaint entitled, *Allegations Common to All Causes of Action.*

8. These Defendants make no response and leave Plaintiff to his proof of the allegations contained in paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 48, 49, 50, 52, 53, 54, 55, 56, 58, 59, 60, 61, 64, 65, 66, and 67 of that portion of the Plaintiff's Complaint entitled, *Allegations Common to All Causes of Action.*.

9. These Defendants deny the allegations contained in paragraph 78 of Count I of the Plaintiff's Complaint.

10. These Defendants deny the allegations contained in paragraph 79 of Count II of the Plaintiff's Complaint.

11. These Defendants deny the allegations contained in paragraph 80 of Count III of the Plaintiff's Complaint.

12. These Defendants deny the allegations contained in paragraph 81 of Count IV of the Plaintiff's Complaint.

13. These Defendants deny the allegations contained in paragraph 82 of Count V of the Plaintiff's Complaint.

14. These Defendants deny the allegations contained in paragraph 83 of Count VI of the Plaintiff's Complaint.

15. These Defendants make no response to the allegations contained in paragraph 84 of Count VII of the Plaintiff's Complaint in that said allegations are not directed against these Defendants. However, insofar as any of the allegations contained in paragraph 84 are directed against these Defendants, then said allegations are expressly denied.

16. These Defendants make no response to the allegations contained in paragraph 85 of Count VIII of the Plaintiff's Complaint in that said allegations are not directed against these Defendants. However, insofar as any of the allegations contained in paragraph 85 are directed against these Defendants, then said allegations are expressly denied.

17. These Defendants deny the allegations contained in paragraph 86 of Count IX of the Plaintiff's Complaint.

18. These Defendants deny the allegations contained in paragraph 87 of Count X of the Plaintiff's Complaint.

19. These Defendants deny the allegations contained in paragraph 88 of Count XI of the Plaintiff's Complaint.

20. These Defendants deny all of the claims for relief set forth in the Plaintiff's Complaint.

*{Original C.A. No.: PC04-4558}*

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within Complaint.

SECOND AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within Complaint.

THIRD AFFIRMATIVE DEFENSE

These Defendants plead all statutory and common law immunity as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

**These Defendants demand trial by jury.**

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

*{Original C.A. No.: PC04-4558}*

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this ~~21st~~ 22nd day of February 2005, to:

V. Edward Formisano, Esq.
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 fax

Marc B. Gursky, Esq.
Gursky Law
18 Imperial Place
Providence, RI 02903

Anthony DeMarco, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Kathleen M Dane 6
______________________________