UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY J. BARNES :
:
vs. : C.A. No. 05-72L
:
TOWN OF JOHNSTON, by and through its Treasurer, RICHARD F. CONNORS, TOWN OF JOHNSTON SCHOOL DEPARTMENT, JOHNSTON FEDERATION OF TEACHERS, LOCAL 1702/AMERICAN FEDERATION OF TEACHERS, DR. MICHAEL W. JOLIN, Individually and in his official capacity as the Superintendent of the Town of Johnston School Department, RITA KERWICK-BLYTHE, Alias, DR. ELIZABETH L. MANTELLI, Alias, TIMOTHY SPROULS, Alias, MICHAEL TARABORELLI, Alias, GREGORY RUSSO, Alias, LOU SALERA, Alias, STEVEN DONOVAN, Alias, KAREN SMITH-PASCOLI, Alias, ERIK BRYSON, Alias, LOU MARTONE, Alias, CAROL SPAZIANO, Alias, JOHN DOE :

ANSWER OF DEFENDANT, TIMOTHY SPROULS, TO THE PLAINTIFF'S COMPLAINT

That portion of the plaintiff's complaint entitled "Introductory Statement" contains statements of law and conclusionary statements of law and fact and requires no answer. However, to the extent that it contains allegations of fact addressed to this defendant, it is denied.

PARTIES

FIRST DEFENSE

The defendant, Timothy Sprouls, admits the allegations of ¶ 9 of that portion of the plaintiff's complaint entitled "Parties" except that the defendant has no knowledge concerning the plaintiff's residency and leaves the plaintiff to his proof thereof.

9

SECOND DEFENSE

The defendant, Timothy Sprouls, admits the allegations of ¶ 1 of that portion of the plaintiff's complaint entitled "Parties" except that the defendant has no knowledge concerning the plaintiff's residency and leaves the plaintiff to his proof thereof.

THIRD DEFENSE

The defendant, Timothy Sprouls, states that he believes that the allegations of ¶¶ 2, 3, 4, 5, 6, 7, 8, 10 and 12-15 are true.

FOURTH DEFENSE

The defendant, Timothy Sprouls, denies the allegations of ¶ 11 of the plaintiff's complaint.

FIFTH DEFENSE

The allegations of ¶ 16 are addressed to another defendant, but to the extent that the allegations are directed to the defendant, Timothy Sprouls, they are neither admitted nor denied.

JURISDICTION

That portion of the plaintiff's complaint entitled "Jurisdiction" contains statements of law and conclusionary statements of law and fact and requires no answer. However, to the extent that it contains allegations of fact addressed to this defendant, it is denied.

VENUE

The defendant, Timothy Sprouls, denies the allegations contained in that portion of the plaintiff's complaint entitled "Venue".

ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

FIRST DEFENSE

The defendant, Timothy Sprouls, admits the allegations of ¶ 19 of the plaintiff's complaint.

SECOND DEFENSE

The defendant, Timothy Sprouls, admits that a meeting took place as alleged in ¶ 37 but the defendant denies the remaining allegations of ¶ 37.

THIRD DEFENSE

The defendant neither admits nor denies the allegations of ¶¶ 58-63 of the plaintiff's complaint but leaves the plaintiff to his proof thereof.

FOURTH DEFENSE

The defendant, Timothy Sprouls, denies the allegations of ¶¶ 20, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 38, 39, 40, 42, 46, 49, 50, 53, 55, 56, 57, 64, 69, 70, 71, 72, 73, 74, 75, and 76.

FIFTH DEFENSE

The remaining paragraphs of that portion of the complaint entitled "Allegations Common to All Causes of Action" are addressed to other defendants and requires no answer from this defendant. To the extent that the remaining allegations can be construed as allegations against this defendant, they are denied.

CLAIMS FOR RELIEF

FIRST DEFENSE

The defendant, Timothy Sprouls, incorporates by reference herein his answer to ¶¶ 1-76 of the plaintiff's complaint.

SECOND DEFENSE

The defendant, Timothy Sprouls, denies the allegations of Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the plaintiff's complaint.

PRAYERS FOR RELIEF

The defendant, Timothy Sprouls, denies that the plaintiff is entitled to the relief requested.

FIRST AFFIRMATIVE DEFENSE

The plaintiff has failed to bring his action within the time provided by the applicable statute of limitations.

SECOND AFFIRMATIVE DEFENSE

The defendant, Timothy Sprouls, pleads statutory and common law immunity as a bar to the plaintiff's action.

TIMOTHY SPROULS
By his attorney,

Anthony F. DeMarco, Esquire #0799
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, TIMOTHY SPROULS, HEREBY DEMANDS A TRIAL BY JURY.

Anthony F. DeMarco, Esquire #0799

CERTIFICATION

I hereby certify that on the 1St day of April, 2005, I mailed a copy of the within to V. Edward Formisano, Esquire, SINAPI, FORMISANO & COMPANY, LTD., 100 Midway Place, Suite 1, Cranston, RI 02920-5707.

Susan Auclair