**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TIMOTHY J. BARNES,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-72L** |
| | : | |
| **TOWN OF JOHNSTON, et al.,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S ANSWER TO DEFENDANT SMITH-PASCOLI'S (FABER) COUNTERCLAIM**

Now comes the Plaintiff and answers the Defendant's counterclaim as follows:

1. The Plaintiff admits that the Defendant is an individual but is without knowledge or information sufficient to form a belief as to the truth of the allegation in ¶1 as to where Defendant resides.

2. The Plaintiff admits the allegation in ¶2.

3. The Plaintiff admits the allegation in ¶3.

4. The Plaintiff denies the allegation in ¶4.

5. The Plaintiff denies the allegation in ¶5.

6. The Plaintiff denies the allegation in ¶6.

7. The Plaintiff denies the allegation in ¶7.

8. The Plaintiff denies the allegation in ¶8.

**COUNT ONE (BATTERY)**

9. To the extent that this constitutes an allegation of fact, the Plaintiff incorporates the responses hereinbefore given to ¶¶1-8 of the counterclaim as repleaded herein.

10. The Plaintiff denies the allegation in ¶10.

11. The Plaintiff denies the allegation in ¶11.

16

**COUNT TWO (CONSPIRACY TO COMMIT BATTERY)**

12. To the extent that this constitutes an allegation of fact, the Plaintiff incorporates the responses hereinbefore given to ¶¶1-11 of the counterclaim as repleaded herein.

13. The Plaintiff denies the allegation in ¶13.

14. The Plaintiff denies the allegation in ¶14.

15. The Plaintiff denies the allegation in ¶15.

**FIRST AFFIRMATIVE DEFENSE**

13. The counterclaim fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

14. The counterclaim fails to state grounds upon which punitive damages, attorneys' fees and costs could be awarded against the Plaintiff.

WHEREFORE, the Plaintiff prays that this Honorable Court grant the following relief:

1. Judgment against Defendant.

2. Such other and further relief as this Honorable Court may deem just and proper.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: April 12, 2005

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040(facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Mark Gursky, Esq.
420 Scrabble Town Road, Suite C
North Kingstown, RI 02852

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that the within document was caused to be mailed, postage prepaid, to the above-cited attorneys of record on this 12 day of April, 2005.