UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY J. BARNES | : | |
| | : | |
| vs. | : | C.A. No. 05-72L |
| | : | |
| TOWN OF JOHNSTON, by and through its Treasurer, RICHARD F. CONNORS, TOWN OF JOHNSTON SCHOOL DEPARTMENT, JOHNSTON FEDERATION OF TEACHERS, LOCAL 1702/AMERICAN FEDERATION OF TEACHERS, DR. MICHAEL W. JOLIN, Individually and in his official capacity as the Superintendent of the Town of Johnston School Department, RITA KERWICK-BLYTHE, Alias, DR. ELIZABETH L. MANTELLI, Alias, TIMOTHY SPROULS, Alias, MICHAEL TARABORELLI, Alias, GREGORY RUSSO, Alias, LOU SALERA, Alias, STEVEN DONOVAN, Alias, KAREN SMITH-PASCOLI, Alias, ERIK BRYSON, Alias, LOU MARTONE, Alias, CAROL SPAZIANO, Alias, JOHN DOE | : | |

***ENTRY OF APPEARANCE***

I, Douglas J. Emanuel, hereby enter my appearance on behalf of Karen Smith-Pascoli (Faber), solely in her capacity as a plaintiff-in-counterclaim.

KAREN SMITH-PASCOLI (FABER)
By her attorneys,

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411

Dated: May 11, 2005

*CERTIFICATION*

I hereby certify that on the 11th day of May, 2005, I mailed a copy of the within to V. Edward Formisano, Esquire, SINAPI, FORMISANO & COMPANY, LTD., 100 Midway Place, Suite 1, Cranston, RI 02920-5707; Marc DeSisto, Esquire, DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563; Anthony F. DeMarco, Esq., REYNOLDS, DeMARCO & BOLAND, LTD., 170 Westminster Street, Suite 200, Providence, RI 02903; and Mark Gursky, Esquire, Gursky Law, 420 Scrabble Town Road, Suite C, North Kingstown, RI 02852.

Wendy A. Weiss