FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**TIMOTHY J. BARNES,** :
**Plaintiff,** :
:
**v.** : **C.A. No. 05-72L**
:
**TOWN OF JOHNSTON, et al.,** :
**Defendants** :

**DISMISSAL STIPULATION**

Now comes the Plaintiff and hereby dismisses, with prejudice, his claims against Defendants Spaziano and Bryson, no interest, costs or fees.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: July 13, 2005

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401) 943-9040(facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Mark Gursky, Esq.
420 Scrabble Town Road, Suite C
North Kingstown, RI 02852

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that the within document was caused to be mailed, postage prepaid, to the above-cited attorneys of record on this 13 day of July, 2005.

Jessica A Pauyo

Enter: Ronald R. Lagueux
Sr. USDJ 7/15/05