**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **TIMOTHY J. BARNES,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-72L** |
| **TOWN OF JOHNSTON, et al.,** **Defendants** | : | |

**DISMISSAL STIPULATION**

Now comes the Plaintiff and hereby dismisses, with prejudice, his claims against Defendants under the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. §1961, et seq., the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §411 and pursuant to 42 U.S.C. §1983.[1]

Respectfully submitted,
Plaintiff,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: July 26, 2005

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401) 943-9040(facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

[1] With the dismissal of these counts this Honorable Court lacks subject matter jurisdiction and the case should therefore be remanded to state court. See, e.g., 28 U.S.C. §1447; Women's Development Corp. v. City of Central Falls, 968 F.Supp. 786 (D.R.I. 1997); Roach v. West Virginia Regional Jail and Correctional Facility Authority, 74 F.3d 46 (4th Cir. 1996).

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TIMOTHY J. BARNES,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-72L** |
| **TOWN OF JOHNSTON, et al.,** **Defendants** | : | |

RECEIVED JUL 28 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

Now comes Karen Smith-Pascoli (Faber) and hereby dismisses, with prejudice, her counterclaims against the Plaintiff, no interest, costs or fees.

Karen Smith-Pascoli
By her attorneys,
Chace, Ruttenberg & Freedman, LLP

Dated: July 12, 2005

[signature]
Douglas J. Emmanuel (#5176)
One Park Place, Suite 300
Providence, RI 02903
(401) 453-6400 (401) 453-6411(facsimile)

**CERTIFICATION**

To:

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

V. Edward Formisano, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Mark Gursky, Esq.
420 Scrabble Town Road, Suite C
North Kingstown, RI 02852

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that the within document was caused to be mailed, postage prepaid, to the above-cited attorneys of record on this 27th day of July, 2005.

[signature]

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/05