**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TIMOTHY J. BARNES,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-72L** |
| **TOWN OF JOHNSTON, et al.,**<br>**Defendants** | : | |

**MOTION FOR REMAND**

Now comes the Plaintiff and hereby moves to have this matter remanded to State Court and as grounds therefore and in support thereof relies on his Memorandum of Law filed simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays that his Motion for Remand be granted.

Respectfully submitted,
Plaintiff,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: August 11, 2005

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401) 943-9040(facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Mark Gursky, Esq.
420 Scrabble Town Road, Suite C
North Kingstown, RI 02852

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that the within document was caused to be mailed, postage prepaid, to the above-cited attorneys of record on this 11 day of August, 2005.

Jessica A Pauyo

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **TIMOTHY J. BARNES,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-72L** |
| **TOWN OF JOHNSTON, et al.,**<br>**Defendants** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR REMAND**

This action was originally filed in Providence County Superior Court. Defendants then petitioned to have this action removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

On July 26, 2005, Plaintiff filed a stipulation to dismiss his federal claims. An order dismissing said claims was entered on August 3, 2005.

With the dismissal of Plaintiff's federal counts, this Honorable Court lacks subject matter jurisdiction. See, e.g., 28 U.S.C. §1447; Women's Development Corp. v. City of Central Falls, 968 F.Supp. 786 (D.R.I. 1997); Roach v. West Virginia Regional Jail and Correctional Facility Authority, 74 F.3d 46 (4th Cir. 1996). Due to the lack of subject matter jurisdiction, this matter should therefore be remanded to Providence County Superior Court.

**WHEREFORE**, the Plaintiff respectfully prays that his Motion for Remand be granted.

Plaintiff,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: August 11, 2005

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401) 943-9040(facsimile)

**CERTIFICATION**

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Mark Gursky, Esq.
420 Scrabble Town Road, Suite C
North Kingstown, RI 02852

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

I hereby certify that the within document was caused to be mailed, postage prepaid, to the above-cited attorneys of record on this 11 day of August, 2005.

Jessica A. Paiva