9/7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY J. BARNES, Plaintiff, | : | |
| v. | : | C.A. No. 05-72L |
| TOWN OF JOHNSTON, et al., Defendants | : | |

## MOTION FOR REMAND

Now comes the Plaintiff and hereby moves to have this matter remanded to State Court and as grounds therefore and in support thereof relies on his Memorandum of Law filed simultaneously herewith.

**WHEREFORE**, the Plaintiff respectfully prays that his Motion for Remand be granted.

Respectfully submitted,
Plaintiff,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

Dated: August 11, 2005

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (401) 943-9040(facsimile)

## CERTIFICATION

To: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Granted: Ronald R. Lagueux