UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY J. BARNES :
:
VS. : C.A. NO.: 05-72L
:
TOWN OF JOHNSTON, by and through its :
treasurer, RICHARD F. CONNORS, TOWN OF :
JOHNSTON SCHOOL DEPARTMENT, :
JOHNSTON FEDERATION OF TEACHERS, :
LOCAL 1702/AMERICAN FEDERATION OF :
TEACHERS, DR. MICHAEL W. JOLIN :
Individually and in his official capacity as the :
Superintendent of the Town of Johnston School:
Department, RITA KERWICK-BLYTHE, Alias :
DR. ELIZABETH L. MANTELLI, Alias, :
MICHAEL TARABORELLI, Alias :
GREGORY RUSSO, Alias, LOU SALERA, Alias :
STEVEN DONOVAN, Alias, KAREN SMITH- :
PASCOLI, Alias, JULIA ZARELLA, Alias, PAUL :
GERMANOWSKI, Alias, EMILA RUGGERIO, :
Aias, CHRISTINA MESOLELLA, Alias :

DEFENDANTS' WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND

Defendants Local 1702 and Rita Kerwick-Blythe hereby withdraw their objection to Plaintiff's Motion to Remand.

Respectfully submitted,

Marc B. Gursky

Marc B. Gursky, Esq. #2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Ste C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401)294-4702

Enter:
Ronald R. Lagueux
Sr. USDJ 9/6/05