UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY BARNES | : | |
| VS. | : | C.A. NO.: 05-72L |
| TOWN OF JOHNSTON, by and through its treasurer, RICHARD F. CONNORS, TOWN OF JOHNSTON SCHOOL DEPARTMENT, JOHNSTON FEDERATION OF TEACHERS, LOCAL 1702/AMERICAN FEDERATION OF TEACHERS, DR. MICHAEL W. JOLIN Individually and in his official capacity as the Superintendent of the Town of Johnston School Department, RITA KERWICK-BLYTHE, Alias DR. ELIZABETH L. MANTELLI, Alias, MICHAEL TARABORELLI, Alias GREGORY RUSSO, Alias, LOU SALERA, Alias STEVEN DONOVAN, Alias, KAREN SMITH-PASCOLI, Alias, JULIA ZARELLA, Alias, PAUL GERMANOWSKI, Alias, EMILA RUGGERIO, Aias, CHRISTINA MESOLELLA, Alias | : | |

**DISMISSAL STIPULATION**

Now comes Plaintiff and dismisses with prejudice his claims against Defendants Rita Kerwick-Blythe and Johnston Federation of Teachers, Local 1702\American Federation of Teachers.

Defendants,
By their attorney,

Marc B. Gursky #2818
Gursky Law Associates
420 Scrabbletown Road, Ste C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Plaintiff,
By his attorney,

V. Edward Formisano #5512
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Ste. 1
Cranston, RI 02920-5707
Telephone: (401) 944-9690
Facsimile: (401) 943-9040

Enter:

Ronald R. Lagueux
9/6/05
Sr. USDJ

Per Order:

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within via first class mail, postage prepaid on the 21 day of August, 2005 to the following:

V. Edward Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Ste. 1
Cranston, RI 02920-5707

Mark DeSisto, Esquire
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Anthony F. DeMarco, Esquire
170 Westminster Street
Providence, RI 02903

Denise L. Kaminski